**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: September 15, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   CHRISTOPHER J. ROOS, SR.                       CASE NO. 09-13124
   NICOLE L. ROOS                                         (CHAPTER 13)
   6357 SANDRIC LANE                                   J. VINCENT AUG
   MIDDLETOWN, OH 45044

   a/k/a
         Debtors
   SSN(1) XXX-XX-0048
   SSN(2) XXX-XX-4938

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtors be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtors be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtors' estate in care of Debtors' Counsel minus administrative costs.

COPIES TO:

CHRISTOPHER J. ROOS, SR.　　　　　　　　　　, Debtors
NICOLE L. ROOS
6357 SANDRIC LANE
MIDDLETOWN, OH  45044

KEEGAN & CO., L.P.A.　　　　　　　　　　　　, Attorney for Debtors
4440 GLENESTE-WITHAMSVILLE RD.
SUITE 350
CINCINNATI, OH  45245

MARGARET A BURKS, TRUSTEE　　　　　　　, Chapter 13 Trustee
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH  45202

U.S. TRUSTEE　　　　　　　　　　　　　　　, United States Trustee
36 EAST 7TH ST.
SUITE 2030
CINCINNATI, OH  45202

ALL CREDITORS

###